IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY BETHMAN, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BELL FLAVORS AND | : | |
| FRAGRANCES, INC. et al., | : | No. 19-4735 |
| *Defendants* | : | |

## ORDER

AND NOW, this 23rd day of April, 2020, upon consideration of Terry Bethman's Motion to Remand (Doc. No. 82) and the response thereto (Doc. No. 99), it is **ORDERED** that the Motion (Doc. No. 82) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE