IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY BETHMAN, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BELL FLAVORS AND | : | |
| FRAGRANCES, INC. et al., | : | No. 19-4735 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 26th day of May, 2021, upon consideration of the Joint Motion to Extend All Deadlines (Doc. No. 191), which purports to be joined by Plaintiff and all Defendants, this Court's May 6, 2021 Order that each Defendant file a response notifying the Court whether it supports or opposes the Joint Motion to Extend All Deadlines (Doc. No. 192), and upon review of the docket which shows that Emoral, Inc. has not filed a response to this Court's May 6, 2021 Order, and that no counsel for Emoral, Inc. has yet filed a notice of appearance in this case, it is **ORDERED** that on or before May 28, 2021, Plaintiff shall notify the Court whether she intends to proceed against Emoral, Inc. and, if so, to update the Court as to the steps Plaintiff has taken to serve Emoral, Inc. and the details of Plaintiff's communications with Emoral Inc., if any communications have occurred.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1